·· OD :                                    NR FAKSU :                          06 GRU. 2007 12:26    STR.2

Ret 12/14/@
i l am

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re;                                                              Chapter 13
                                                                   Case No 07-73919
BETINA G KOLOCH
-----------------------------------------
To The Honorable Dennis E. Milton
United States Bankruptcy Court

                          Objection To Motion To Dismiss

1. Betina G Koloch being dully sworn says:
Due to the fact that I was not able to file the 2006 tax returs it is impossible for me to submit them for chapter 13 filing these tax filing are scheduled to be filed at the beginning of January 2008 at which time I am scheduled to appear at the meeting 341 where these tax filing well be submitted.
2. I am self employed and I have filed self employment Status documents.          Exh, A.
3. In response to the filed all mandatory disclosure documentation that I have not paid my creditors yet I would lake say that I have contacted my creditor to obtain statement so I would be able to pay. As of the day of this objection filing, my creditor failed to provide me a statement.          Exh, B.

Wherefore, Koloch prays to dismiss the Motion trustee.

                                                              Betina G Koloch

                                                              Lalok Bubin

Mag. Maciej Trzarzewskiego
NOTARIUSZ
KANCELARIA NOTARIALNA
DZIEDZICE
715 2346
NIP 652 00 1 C...

**KANCELARIA NOTARIALNA W CZECHOWICACH-DZIEDZICACH**

Dnia szóstego grudnia dwa tysiące siódmego roku (06-12-2007)
p o ś w i a d c z a m, że podpis powyższy złożył własnoręcznie w mojej obecności
Pani BETINA G KOLOCH (PESEL 68100902206) zamieszkała 43-211 Piasek ul. Dworcowa 20, osobiście mi znana.
Pobrano pod Nr Rep. A 1180 /2007 tytułem taksy notarialnej 20,-zł na podstawie § 13 rozporządzenia Ministra Sprawiedliwości z dnia 28.06.2004r. oraz podatek od towarów i usług 22% od tej kwoty tj. 4,40-zł na podstawie ustawy z dnia 11.03.2004r. o tym podatku.

                mgr Maria TRZARZEWSKA

Sent to:

Michael J Macco
135 Pinelawn Road
Suit 120 south
Melville, NY 11747


US Trustee
Diana G. Adams
560 Federal Plaza-room 560
Central Islip, NY 11722-4437

**EXHIBIT A**

BETINA KOLOCH.

8-07-73919

2001 OCT 11 P 4: 35
RECEIVED/OB
CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

Pay stup.

I am working in Private Business
beefween the United Stateol of America and
Europa (Poland) My housband. is in contract
beefween the ei County. This same time I did
open Private Business

The document is Attached.

Koloch Betina

## CERTIFICATION OF ACCURACY

STATE OF NEW YORK)
) SS:
COUNTY OF SUFFOLK)

**MAGDALENA KRASNODEBSKA, being duly sworn, deposes and says:**
I am familiar with both English and Polish languages.
That I have made the gist translation from the annexed document which
factually reflects the gist of the original document.

_Magdalena Krasnodebska_
TRANSLATOR

Sworn to before me this _10th_ day of _October_ 20_07_.

_Magdalena Stocki_
NOTARY PUBLIC

MAGDALENA STOCKI
Notary Public, State of New York
No. 01ST6057809
Qualified in Suffolk County
Commission Expires _01/13/11_

Each of the following pages embossed with the raised seal, which states:

**Notary Public, Magdalena Stocki, State of New York**

It is a verified portion of this translation. Any page not bearing this seal is not certified as
translated by Magdalena Krasnodebska.



Financial and Tax Offices

## COMMERCIAL SPACE LEASE AGREEMENT

Signed on December 22nd in Bielsko-Biala between:

1. Lessor: Evan company, Ewa Owczarek, resiging at 43-300 Bielsko-Biala, Plac Wolnosci 1/3, Personal ID No: DB 7292822, Tax ID No: 5470920742
2. Lessee: Commerce & Service Company, Betina Koloch, located at 43-211 Piasek, ul. Dworcowa 20, Personal ID No: AFT 733470, Tax ID No: 6381016520

The space referred to in the agreement is located at ul. 11-go Listopada in Bielsko-Biala, on the ground floor in the building No 41, with the square footage of 55m2 (sales hall plus the penthouse).

The monthly rent for the above space is set in the amount of. 4,000 PLN (approx. 1,480 USD).

The agreement shall become effective on January 1st, 2006 and has no expiration date.

2001 OCT 11 P 4: 39
RECEIVED/DB
CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

DD :                          NR FAKSU :                    05 PAŹ. 2007 14:14    STR.1

2007 PAŹ 09 13:26    Kancelaria Podatkowa        +48 32 210 46 18        st1

2007 OCT 11 P 4:39
RECEIVED/FILED

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

## UMOWA NAJMU LOKALU HANDLOWEGO

Zawarta w dniu 22 grudnia 2005r. w Bielsku-Białej pomiędzy:

1.Wynajmującą: Firmą EVAN, Ewą Orzewską zam. 43-300 Bielsko-Biała, Plac Wolności 1/3  Dowód osobisty: DB 7292822, NIP: 5470200742

2. Najemcą: Firmą Handlowo-Usługową, Beatą Koloch z siedzibą w 43-211 Piasku, ul.Dworcowa 20, dowód osobisty AFT 733470, NIP: 6381016520

### §1

Wynajmująca oświadcza, że jest właścicielem nieruchomości objętej KW 64394, położonej na parterze w budynku nr 41 przy ulicy 11-go Listopada w Bielsku-Białej, o powierzchni około 55 m 2 (sala sprzedaży wraz z antresolą).

### §2

1. Wynajmująca oddaje, a Najemca bierze w najem nieruchomość opisaną w §1 z przeznaczeniem na cele handlowo-usługowe (handel artykułami przemysłowymi i usługi fryzjersko-kosmetyczne)
2. Zmiana sposobu używania i zmiana sposobu użytkowania przez Najemcę przedmiotu najmu wykraczająca poza zakres działalności opisanej w §2 pkt.1 wymaga zgody Wynajmującej
3. Najemca zobowiązany jest utrzymywać wynajmowany lokal handlowy i jego bezpośrednie otoczenie w należytym ładzie, porządku i czystości, ponosząc jednocześnie pełną odpowiedzialność za stan bezpieczeństwa w tych pomieszczeniach ( pod względem bezpieczeństwa przeciw pożarowego, higieny pracy, kradzieży, itp.)
4. Najemca ma prawo po uprzednim poinformowaniu Wynajmującej podnająć przedmiot najmu lub jego części w związku z prowadzeniem działalności opisanej  w §2 pkt. 1 W przypadku podnajmu lokalu lub jego części na potrzeby działalności wykraczającej poza zakres opisany w §2 pkt.1  wymagana jest zgoda Wynajmującej.
5. Najemca ma prawo po uprzednim poinformowaniu Wynajmującej oddać przedmiot najmu lub jego części w nieodpłatne używanie osobom trzecim w związku z prowadzeniem działalności opisanej w §2 pkt. 1 W przypadku oddania przedmiotu najmu lub jego części w nieodpłatne używanie osobom trzecim na potrzeby działalności wykraczającej poza zakres opisany w §2 pkt.1 wymagana jest zgoda Wynajmującej

### §3

W związku z wynajęciem pomieszczeń, Wynajmująca zobowiązuje się wobec Najemcy do następujących świadczeń:
1.Umożliwienie korzystania z energii elektrycznej.
2.Udostępnienie urządzeń kanalizacji wewnętrznej i zewnętrznej.
3.Umożliwienie korzystania z zimnej wody
4.Umożliwienie korzystania z linii telefonicznej sieci TP.
5.Ubezpieczenie na własny koszt wynajmowanego lokalu w zakresie podstawowym

20. zgodność z oryginałem

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2007 OCT 11  P 4: 39

RECEIVED/DB

Bielsko-Biała, 16.10.2006r.

# ANEKS DO UMOWY NAJMU LOKALU HANDLOWEGO Z DNIA 22 grudnia 2005r.

Przedmiotem umowy najmu pozostaje lokal handlowy opisany w §1 przedmiotowej umowy.

Zmiana dotyczy formy podmiotu prawnego.

I tak pkt. 1 otrzymuje brzmienie:

Wynajmującą (osobą fizyczną) jest Ewa Orawczak zam. 43-300 Bielsko-Biała Plac Wolności 1/3 dowód osobisty DB7297822.

Bez zmian pozostaje §2 i §3.

Paragraf 4 otrzymuje punkt 3 i 4 o następującym brzmieniu:

Punkt 3:

Strony zgodnie ustaliły, że wysokość czynszu w miesiącu październiku 2006r. wyniesie 4400zł (słownie cztery tysiące czterysta złotych), w miesiącach listopad i grudzień 2006r. po 4200zł (cztery tysiące dwieście złotych) a od miesiąca stycznia 2007r. czynsz wynosić będzie 4000zł (cztery tysiące złotych).

Termin przekazania należności nie ulega zmianie.

Punkt 4:

Począwszy od miesiąca października 2006 Wynajmująca obciążać będzie Najemcę na podstawie wystawionego rachunku.

Pozostałe paragrafy umowy tj. §5 do §12 pozostają bez zmian.

Niniejszy aneks został sporządzony w dwóch jednobrzmiących egzemplarzach, po jednym dla każdej ze stron.

Wynajmująca

*Orawczak Ewa*

Najemca

*Kolon*

Kosztami za świadczenia typu opłata za zużytą energię elektryczną, wodę, przeprowadzone rozmowy telefoniczne, wywóz śmieci obciążony zostanie Najemca na podstawie rachunków które zobowiązuje się terminowo opłacać.

**§4**

1. Najemca płacić będzie Wynajmującej czynsz miesięczny w wysokości 4400 zł netto + VAT 22% na podstawie faktury VAT na konto bankowe Wynajmującej podane na fakturze w terminie do dnia 10 każdego miesiąca wystawionej pierwszego dnia każdego miesiąca.
2. Pierwszy czynsz w wysokości 3000 zł netto+ VAT 22% będzie zapłacony do 10 stycznia 2006r. Kolejne zgodnie z punktem 1 §4 niniejszej umowy.

**§5**

Najemca uiści Wynajmującej kaucję w wysokości 10236 zł brutto (słownie:dziesięćtysięcydwieścietrzydzieścisześćzłotych) do rozliczenia przez Wynajmującą na koniec okresu najmu. Kaucja zostanie wpłacona na konto PKO BP I Oddział Bielsko-Biała nr 29 1020 1390 0000 6302 0020 3000 w terminie do 31 grudnia 2005r.

**§6**

1. Niniejszą umowę strony zawierają na czas nieokreślony od dnia 1 stycznia 2006r.
2. Najemcy służy prawo do jej rozwiązania, za uprzednim 2 miesięcznym okresem wypowiedzenia ze skutkiem na koniec miesiąca kalendarzowego w przypadku likwidacji działalności prowadzonej w najmowanym lokalu.
3. Wynajmująca może rozwiązać umowę ze skutkiem natychmiastowym jeżeli Najemca dopuści się naruszenia postanowień niniejszej umowy lub w sytuacji, gdy Najemca nie zapłaci czynszu najmu za okres 3 miesięcy kalendarzowych.
O zamiarze rozwiązania umowy w tym trybie Wynajmująca powiadomi Najemcę pisemnie, listem poleconym za zwrotnym potwierdzeniem odbioru wyznaczając mu dodatkowy miesięczny termin do zapłaty zaległego czynszu.

**§7**

1. Wszelkie adaptacje wynajmowanych pomieszczeń mogą odbywać się wyłącznie za pisemną zgodą Wynajmującej.
2. W razie ustania najmu:
   a) Najemca zwróci wynajmowany lokal w stanie niepogorszonym niż to wynika z normalnego użytkowania lokali użytkowych, a wszelkie inne uszkodzenia powstałe w tym okresie z jego winy usunie na koszt własny.
   b) Najemca zobowiązuje się do zapłacenia bez protestu wszelkich zaległych rachunków i płatności łącznie z odsetkami( typu opłata najmu, prądu, wody, rozmów telefonicznych) powstałych z winy Najemcy, a które zostaną ujawnione bezpośrednio po zakończeniu okresu najmu wynajmowanego lokalu.
3. Strony ustaliły, że bieżące naprawy związane z eksploatacją wynajmowanego lokalu oraz sprzętu i urządzeń udostępnionych Najemcy przeprowadza Najemca na własny koszt.

*Za zgodność z oryginałem*

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2001 OCT 11  P 4: 39

RECEIVED/DB

2007 OCT I
RECEIVED
DB          4: 39

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

**§ 8**

Przekazanie wynajmowanego lokalu nastąpi w dniu 22 grudnia 2005r. po podpisaniu protokołu zdawczo-odbiorczego potwierdzającego stan lokalu i jego wyposażenia oraz wskazania licznika elektrycznego i wodnego.

**§ 9**

Wynajmująca zapewnia Najemcę, że pod warunkiem regularnego opłacania czynszu i wywiązywania się ze wszystkich przymusów i zobowiązań wynikających z niniejszej umowy, Najemca korzystać będzie z niezakłóconego i wyłącznego posiadania lokalu użytkowego przez cały okres najmu w uzgodnionym celu.

**§ 10**

Wszelkie zmiany umowy wymagają formy pisemnej.
W sprawach nieunormowanych niniejszą umową mają zastosowanie przepisy kodeksu cywilnego, a wszelkie spory wynikłe ze stosowania niniejszej umowy rozstrzygnie Sąd Rejonowy w Bielsku –Białej.

**§ 11**

Opłatę skarbową tytułu zawarcia umowy poniesie Najemca.

**§ 12**

Umowa została spisana w dwóch jednobrzmiących egzemplarzach, po jednym dla każdej ze stron. Integralną część umowy stanowi załącznik w postaci protokołu zdawczo-odbiorczego lokalu użytkowego.

Wynajmujący                                                      Najemca

*Orawińska Ewa*

Za zgodność z oryginałem

Bank statement

 CardPoint

**ZESTAWIENIE ROZLICZONYCH OPERACJI**

**01/09/2007 - 30/09/2007**

**CardPoint SA**

Al. Solidarności 46
61-696 Poznań
· NIP: 778-14-08-307



4311

Data nadania 05-10-2007

FIRMA HANDLOWO USŁUGOWA BETINA
KOLOCH
DWORCOWA 20
43 - 211 PIASEK

2/3

Data zestawienia: 30/09/2007 | Numer ID: 6506690002 | Strona 1 z 2

| Data | Nazwa lub data zbioru transakcji | Wartość transakcji | Rozpatrzone reklamacje | Prowizje i opłaty |
|---|---|---|---|---|
| 01/09/2007 | 6506690010 0011900 | 1076,00 | | |
| 04/09/2007 | 6506690010 0041901 | 700,00 | | |
| 08/09/2007 | 6506690010 0081900 | 230,00 | | |
| 10/09/2007 | 6506690010 0001900 | 500,00 | | |
| 11/09/2007 | 6506690010 0011900 | 290,00 | | |
| 12/09/2007 | 6506690010 0021900 | 96,00 | | |
| 13/09/2007 | 6506690010 0031900 | 990,00 | | |
| 14/09/2007 | 6506690010 0041900 | 900,00 | | |
| 17/09/2007 | 6506690010 0071900 | 1350,00 | | |
| 18/09/2007 | 6506690010 0081900 | 200,00 | | |
| 19/09/2007 | 6506690010 0091900 | 700,00 | | |
| 21/09/2007 | 6506690010 0011900 | 190,00 | | |
| 22/09/2007 | 6506690010 0021900 | 230,00 | | |
| 24/09/2007 | 6506690010 0041900 | 260,00 | | |
| 25/09/2007 | 6506690010 0051900 | 280,00 | | |
| 26/09/2007 | 6506690010 0061905 | 280,00 | | |
| **RAZEM:** | | **8274,00** | **0,00** | **0,00** |

| Opis transakcji | Liczba transakcji | Kwota transakcji | Prowizja kwotowa | Prowizja procentowa |
|---|---|---|---|---|
| M/C debetowa - krajowa debetowa z chipem | 5 | 970,00 | 0,00 | 18,43 |
| M/C dla ludności - krajowa z chipem | 2 | 1096,00 | 0,00 | 20,82 |
| VISA debetowa - krajowa deb. bez chipa w POS chipowym | 3 | 508,00 | 0,00 | 9,65 |
| VISA dla ludności - krajowa - POS chipowy karta chipowa | 1 | 700,00 | 0,00 | 13,30 |
| VISA dla ludności - krajowa chipowa | 8 | 4510,00 | 0,00 | 85,69 |
| VISA dla ludności - z UE kredytowa - rejestracja | 1 | 300,00 | 0,00 | 5,70 |
| VISA Electron - krajowa deb. bez chipa w POS chipowym | 1 | 190,00 | 0,00 | 3,61 |
| Rabat DCC | 1 | 300,00 | 0,00 | -0,60 |

| Tytuł | Liczba | Kwota |
|---|---|---|
| Transakcje sprzedaży | 21 | 8274,00 |
| Transakcje zwrotu | | 0,00 |
| Netto (transakcje sprzedaży minus transakcje zwrotu) | 21 | 8274,00 |
| Reklamacje | | 0,00 |
| Korekty | | 0,00 |
| Netto (trans. sprzedaży minus trans. zwrotu +/- reklamacje +/- korekty) | 21 | 8274,00 |

CardPoint S.A., Al. Solidarności 46, 61-696 Poznań, tel. 0 801 00 19 00 lub (061) 643 19 00, fax 0 061 643 18 19, www.cardpoint.sa.pl
Sąd Rejonowy w Poznaniu, XXI Wydział Gospodarczy Krajowego Rejestru Sądowego, KRS 0000161171
NIP: 778-14-08-307, REGON 634482040, Kapitał zakładowy: 23.273.230,00 zł, Kapitał wpłacony: 23.273.230,00 zł

 CardPoint®

**ZESTAWIENIE ROZLICZONYCH OPERACJI**

**01/10/2007 - 31/10/2007**

**CardPoint SA**

Al. Solidarności 46
61-696 Poznań
NIP 778-14-08-307



6917

Data nadania 07-11-2007

**FIRMA HANDLOWO USŁUGOWA BETINA
KOLOCH
DWORCOWA 20
43 - 211 PIASEK**

2/2

| Data zestawienia: 31/10/2007 | Numer ID: 6508690002 | | Strona 1 z 1 |
|---|---|---|---|

| Data | Nazwa lub data zbioru transakcji | Wartość transakcji | Rozpatrzone reklamacje | Prowizje i opłaty |
|---|---|---|---|---|
| 01/10/2007 | 6508690010 0011900 | 230,00 | | |
| 02/10/2007 | 6508690010 0021900 | 200,00 | | |
| 05/10/2007 | 6508690010 0051900 | 320,00 | | |
| 06/10/2007 | 6508690010 0061900 | 500,00 | | |
| 11/10/2007 | 6508690010 0011900 | 700,00 | | |
| 13/10/2007 | 6508690010 0031900 | 150,00 | | |
| 15/10/2007 | 6508690010 0051900 | 250,00 | | |
| 23/10/2007 | 6508690010 0031900 | 1190,00 | | |
| 25/10/2007 | 6508690010 0051900 | 700,00 | | |
| **RAZEM:** | | **4240,00** | **0,00** | **0,00** |

| Opis transakcji | Liczba transakcji | Kwota transakcji | Prowizja kwotowa | Prowizja procentowa |
|---|---|---|---|---|
| VISA debetowa - krajowa deb. bez chipa w POS chipowym | 1 | 50,00 | 0,00 | 0,95 |
| VISA debetowa - krajowa deb. z chipem w POS chipowym | 1 | 500,00 | 0,00 | 9,50 |
| VISA dla ludności - krajowa chipowa | 2 | 1510,00 | 0,00 | 28,69 |
| VISA Electron - krajowa deb. bez chipa w POS chipowym | 5 | 2030,00 | 0,00 | 38,57 |
| VISA Electron - krajowa deb. z chipem w POS chipowym | 1 | 150,00 | 0,00 | 2,85 |

| Tytuł | Liczba | Kwota |
|---|---|---|
| Transakcje sprzedaży | 10 | 4240,00 |
| Transakcje zwrotu | | 0,00 |
| Netto (transakcje sprzedaży minus transakcje zwrotu) | 10 | 4240,00 |
| Reklamacje | | 0,00 |
| Korekty | | 0,00 |
| Netto (trans. sprzedaży minus trans. zwrotu +/- reklamacje +/- korekty) | 10 | 4240,00 |
| Kwota prowizji od transakcji Visa & M/C | | 80,56 |
| Łączna kwota pozostałych opłat (w tym opłata za dzierżawę terminala POS) | | 61,00 |
| Łączna kwota opłat i prowizji | | 141,56 |

 CardPoint®

**ZESTAWIENIE ROZLICZONYCH OPERACJI**

**01/10/2007 - 31/10/2007**

CardPoint SA

Al. Solidarności 46
61-696 Poznań
NIP 778-14-08-307



Data wydania 07.11.2007

FIRMA HANDLOWO USŁUGOWA BETINA
KOLOCH
DWORCOWA 20
43 - 211 PIASEK

| Data zestawienia: 31/10/2007 | Numer ID: 8508690002 | | | Strona 1 z 1 |
|---|---|---|---|---|

| Data | Nazwa lub data zbioru transakcji | Wartość transakcji | Rozpatrzone reklamacje | Prowizje i opłaty |
|---|---|---|---|---|
| 01/10/2007 | 6508690010 0011900 | 230,00 | | |
| 02/10/2007 | 6508690010 0021900 | 200,00 | | |
| 05/10/2007 | 6508690010 0051900 | 320,00 | | |
| 08/10/2007 | 6508690010 0061900 | 500,00 | | |
| 11/10/2007 | 6508690010 0011900 | 700,00 | | |
| 13/10/2007 | 6508690010 0031900 | 150,00 | | |
| 18/10/2007 | 6508690010 0051900 | 250,00 | | |
| 23/10/2007 | 6508690010 0031900 | 1190,00 | | |
| 25/10/2007 | 6508690010 0051900 | 700,00 | | |
| **RAZEM:** | | **4240,00** | **0,00** | **0,00** |

| Opis transakcji | Liczba transakcji | Kwota transakcji | Prowizja kwotowa | Prowizja procentowa |
|---|---|---|---|---|
| VISA debetowa - krajowa deb. bez chipa w POS chipowym | 1 | 50,00 | 0,00 | 0,95 |
| VISA debetowa - krajowa deb. z chipem w POS chipowym | 1 | 500,00 | 0,00 | 9,50 |
| VISA dla ludności - krajowa chipowa | 2 | 1510,00 | 0,00 | 28,69 |
| VISA Electron - krajowa deb. bez chipa w POS chipowym | 5 | 2030,00 | 0,00 | 38,57 |
| VISA Electron - krajowa deb. z chipem w POS chipowym | 1 | 150,00 | 0,00 | 2,85 |

| Tytuł | Liczba | Kwota |
|---|---|---|
| Transakcje sprzedaży | 10 | 4240,00 |
| Transakcje zwrotu | | 0,00 |
| Netto (transakcje sprzedaży minus transakcje zwrotu) | 10 | 4240,00 |
| Reklamacje | | 0,00 |
| Korekty | | 0,00 |
| Netto (trans. sprzedaży minus trans. zwrotu +/- reklamacja +/- korekty) | 10 | 4240,00 |
| Kwota prowizji od transakcji Visa & M/C | | 80,56 |
| Łączna kwota pozostałych opłat (w tym opłata za dzierżawę terminala POS) | | 61,00 |
| Łączna kwota opłat i prowizji | | 141,56 |

Merchandise Come's
from USA



# DAFFY'S
### HIGH FASHION. LOW PRICES.

70 EAST MAIN STREET
SMITHTOWN, NY 11787
631-265-4477

## RETURN W/RECEIPT

```
ORIG STORE #    204
ORIG REGISTER#  12
TRANS NUMBER    1570
ORIG DATE       09-29-2007
CUSTOMER NAME   betina koloch
STREET ADDRESS  7 park lane pl
CITY/STATE      massapequa ny
ZIP CODE        11758
PHONE NUMBER    0
ACTIVE   1151730501010        19.99-d
  TAX MODIFIED                     N
ACTIVE   1151769101012        11.99-d
  TAX MODIFIED                     N
ACTIVE   1151769801015        13.99-d
  TAX MODIFIED                     N

RETURN LOOKUP SUBTOTAL         $45.97-


SUBTOTAL                       $45.97-
```

## AMT DUE TO CUSTOMER

```
                               $45.97
CASH                           $45.97-
```

## CUSTOMER COPY

ITEMS 3
10-03-2007  18:52:58 0206 03 26333 1089

    THANK YOU FOR SHOPPING DAFFY'S!


VISIT DAFFY'S ONLINE AT WWW.DAFFYS.COM

# DAFFY'S
### HIGH FASHION. LOW PRICES.

1900 NORTHERN BLVD.
MANHASSET, NY 11030
516-365-4477

## REGULAR SALE

```
ACTIVE   1151707401019      16.99 d
ACTIVE   1151714401015      19.99 d
ACTIVE   1151714401015      19.99 d
ACTIVE   1151726401019      16.99 d
ACTIVE   1151712101012      16.99 d
ACTIVE   1151712101012      16.99 d
ACTIVE   1151708601015      19.99 d
ACTIVE   1151708601015      19.99 d
ACTIVE   1151716201012      13.99 d
ACTIVE   1151723401016      19.99 d
ACTIVE   1151707801015      19.99 d
ACTIVE   1151716201012      19.99 d
ACTIVE   ** 1151708701014   13.99 d
ACTIVE   1151708601015      19.99 d
ACTIVE   1151707801015      19.99 d
ACTIVE   1151731401019      13.99 d
ACTIVE   1151714701012      19.99 d
ACTIVE   1151713101010      13.99 d
ACTIVE   1151710201015      13.99 d
ACTIVE   1151710201015      13.99 d
ACTIVE   1151710201015      13.99 d
ACTIVE   1151713501016      16.99 d
ACTIVE   1151713501016      16.99 d
ACTIVE   1151713501016      16.99 d
ACTIVE   1151713501016      16.99 d
ACTIVE   1151710701010       9.99 d
ACTIVE   1151705701010      16.99 d
LEATHER  1211933801015      49.99 d
LEATHER  1211933801015      49.99 d
LEATHER  1211933801015      49.99 d
LEATHER  1211868101010     299.99 de
LEATHER  1211868301018     299.99 de
LEATHER  1211969801011     119.99 de
LEATHER  1211823401012     119.99 de
OUTERHER 1321104401014     119.99 de
LEATHER  1211823901017     119.99 de
LEATHER  1211823601010     119.99 de
KIDSHOES 3401254101019      69.99 d
FOOTWEAR 1583537001012      89.99 d
FOOTWEAR 1583537001012      89.99 d
ACTIVE   1151715801018      16.99 d
FOOTWEAR 1583981401018     119.99 de
LEATHER  1211868301018     299.99 de
LEATHER  1211868301019     299.99 de

SUBTOTAL                  $2803.56
LOCAL 4.625 % (d)          $129.66
```

```
                                13.99 d
ACTIVE    1151710201015        13.99 d
ACTIVE    1151713501016        16.99 d
ACTIVE    1151713501016        16.99 d
ACTIVE    1151713501016        16.99 d
ACTIVE    1151713501016        16.99 d
ACTIVE    1151710701010         9.99 d
ACTIVE    1151705701010        16.99 d
LEATHER   1211933801015        49.99 d
LEATHER   1211933801015        49.99 d
LEATHER   1211933801015        49.99 d
LEATHER   1211868101010       299.99 de
LEATHER   1211868301018       299.99 de
LEATHER   1211869801011       119.99 de
LEATHER   1211823401012       119.99 de
OUTERWER  1321104401014       119.99 de
LEATHER   1211823901017       119.99 de
LEATHER   1211823601010       119.99 de
KIDSHOES  3401254101019        69.99 d
FOOTWEAR  1583537001012        89.99 d
FOOTWEAR  1583537001012        89.99 d
ACTIVE    1151715801018        16.99 d
FOOTWEAR  1583981401018       119.99 de
LEATHER   1211868301018       299.99 de
LEATHER   1211868301018       299.99 de

SUBTOTAL                     $2803.56
LOCAL 4.625 % (d)             $129.66
STATE 4.000% (e)              $76.80
TOTAL                        $3010.02
CASH                         $3010.02
```

          *DAFFY'S RETURN POLICY*
    --------------------------------
         RETURNS/EXCHANGES ACCEPTED
            ONLY WITHIN 14 DAYS,
      with tickets attached as purchased
            Refunds in the form of
               original payment.
             NO RETURNS/EXCHANGES
          WITHOUT RECEIPT OR OF
          FINAL SALE MERCHANDISE.

```
        9020301014710137840S
```

ITEMS 44
09-28-2007   14:42:41  0203 01 23611 1471

       THANK YOU FOR SHOPPING DAFFY'S!


    VISIT DAFFY'S ONLINE AT WWW.DAFFYS.COM

**T·J·maxx**
Phillias @ Sunrise
5500 Sunrise Highway
Massapequa, NY 11758
516-799-5201

| | | |
|---|---|---|
| 23 - MENS BEST BRAND 614633 | | 7.00 A |
| 24 - MENS ACTIVEWR 550022 | | 10.00 A |
| 50 - LINGERIE DAY WR 086627 | | 1.99 A |
| 50 - LINGERIE DAY WR 086627 | | 1.99 A |
| 61 - KITCHEN ACC 750000 | | 5.99 T |
| 61 - KITCHEN ACC 79874 | | 7.99 T |
| 19 - ACCESSORIES 96879 | | 79.99 T |

SUBTOTAL                      $114.95
NY @ 8.625 SALES TAX            .38
NY 1.625% LOCAL TAX          $0.97
TOTAL                       $115.92
CASH                        $124.02



DEFINITELY A HAPPY DEDUCT

---

**Marshalls**

South Bay Shopping Center
795 West Mantauk Shopping Center
West Babylon, NY 11704
(631) 587-4862

| | | |
|---|---|---|
| 20 - MENS | 010292156 | 10.00 T |
| 15 - JUNIORS | 015521503 | 24.99 A |
| 15 - JUNIORS | 0119/3700 | 19.99 A |
| 00 - DOMESTICS | 00288623. | 14.99 |
| 22 - MENS | 009204955 | 12.00 A |
| 20 - MENS | 011070540 | 12.99 A |
| 53 - LINGERIE | 019887887 | 19.99 A |
| 19 - ACCESSORIES | 017574316 | 12.99 A |
| 09 - WOMENS | 019718638 | 29.99 A |
| 05 - MISSY | 015354969 | 14.99 A |
| 05 - MISSY | 015361684 | 24.99 A |
| 89 - SPECIALTY AD | 017879635 | 7.99 A |
| 53 - LINGERIE | 005909177 | 2.99 A |
| 19 - ACCESSORIES | 003090714 | 7.99 A |
| 19 - ACCESSORIES | 003002200 | 4.99 |
| 19 - ACCESSORIES | 020302003 | 24.99 |

0288

Brand Names For Less.  Every Day.

# Marshalls.

MEADOW BROOK COMMONS
256 E. SUNRISE AVENUE
FREEPORT, NY 11520
(516) 623-3687

| | | |
|---|---|---|
| 01 - MISSY | 015393908 | 59.99 A |
| 06 - COLLECTION | 019923691 | 24.99 A |
| 01 - MISSY | 015393908 | 59.99 A |
| 15 - JUNIORS | 015517056 | 24.99 A |
| 15 - JUNIORS | 015517056 | 24.99 A |
| 15 - JUNIORS | 011901513 | 29.99 A |
| 15 - JUNIORS | 015225080 | 29.99 A |
| 06 - COLLECTION | 019923691 | |
| 12 - BOYS | 004357053 | 7.99 A |
| | | |
| 33 - SPECIALTY AC | 003034875 | |
| | | 9.99 T |
| 20 - MENS | 017723527 | 5.99 A |
| 22 - MENS | 005247202 | 9.99 A |
| 22 - MENS | 004243081 | 19.99 A |
| 22 - MENS | 008006103 | 12.99 A |
| 22 - MENS | 009223390 | 24.99 A |
| 22 - MENS | 005415016 | 7.99 A |
| 22 - MENS | 000221911 | 12.99 A |
| 22 - MENS | 015205208 | 29.99 A |
| 22 - MENS | 016010571 | 29.99 A |
| 26 - MENS | 015205455 | 49.99 A |
| 26 - MENS | 018759076 | 5.99 A |
| 26 - MENS | 007402102 | 14.99 A |

SUBTOTAL                    $562.77
NY 6.625% SALES TAX          $0.86
NY 4.625% LOCAL TAX         $25.57
TOTAL                      $589.20
VISA                       $589.20
************1032
PURCHASE
EXPIRES: **/** SWIPED
AUTH# 682592
09/30/07 15:05:55
REFERENCE #:    15632055



ITEMS 26
0218
09/30/07  15:05:51   0374 04 1007 6812

---

# TJ-maxx

Phillias @ Sunrise
5500 Sunrise Highway
Massapequa, NY 11758
516-799-5201

| | | |
|---|---|---|
| 24 - MENS ACTIVEWR | 462521 | 34.99 A |
| 24 - MENS ACTIVEWR | 489752 | 12.99 A |
| 20 - MENS FURNISHING | 739596 | 12.99 A |
| 21 - MENS TRADITNL | 226425 | 12.99 A |
| 22 - MENS BEST BRAND | 650000 | |
| 22 - MENS CONTEMP | 310611 | 5.99 A |
| 20 - MENS FURNISHING | 739597 | |
| 23 - MENS BEST BRAND | 665060 | 19.99 A |
| 22 - MENS CONTEMP | 311561 | |
| 11 - CAREER | 575742 | 9.99 A |
| 05 - WOMEN S SIZES | 037814 | 19.99 A |
| 06 - WOMEN S SIZES | 071112 | 19.99 A |
| 04 - WOMEN S SIZES | 004802 | 14.99 A |
| 06 - SPECIALTY ACC | 492316 | 9.99 T |
| 19 - ACCESSORIES | 066692 | 9.99 A |

SUBTOTAL                   $199.91
NY 6.625% SALES TAX          $.25
NY 4.625% LOCAL TAX         $10.19
TOTAL                      $200.35
VISA                       $305.09
************1032
PURCHASE
EXPIRES: **/** SWIPED
AUTH# 235738
10/01/07 13:55.04
REFERENCE #:    13361423



9 0 5 6 0 0 5 5 7 0 5 1 3 7 8 7 3

ITEMS 15
0501
10/01/07  13:54.49     0560 05 0057 5705

* REFUNDS WITHIN 30 DAYS WITH RECEIPT *
THAT DESIGNER? THOSE SAVINGS?
DEFINITELY A MAXX MOMENT

## Marshalls

Melville Mall
834A Walt Whitman Road
Melville, NY 11747
(631) 271-3150

| | | |
|---|---|---|
| 20 - MENS | 006682910 | 7.99 A |
| 22 - MENS | 009177877 | 9.99 A |

| | |
|---|---|
| SUBTOTAL | $17.98 |
| NY 4.625% LOCAL TAX | $0.83 |
| **TOTAL** | $18.81 |
| CASH | $20.00 |
| CHANGE | $1.19 |



oranங Names For Less.  Every Day.

## Marshalls

Melville Mall
834A Walt Whitman Road
Melville, NY 11747
(631) 271-3150

| | | |
|---|---|---|
| 75 - LADIES FTWR | 019463070 | 29.99 A |
| 75 - LADIES FTWR | 019483070 | 29.99 A |
| 75 - LADIES FTWR | 019463056 | 29.99 A |
| 75 - LADIES FTWR | 019463056 | 29.99 A |
| 75 - LADIES FTWR | 015632658 | 69.99 A |
| 75 - LADIES FTWR | 015168078 | 49.99 A |
| 05 - MISSY | 008324973 | 29.99 A |
| 03 - MISSY | 014953145 | 19.99 A |
| 02 - MISSY | 019931784 | 34.99 A |
| 17 - ACTIVEWEAR | 007812738 | 24.99 A |
| 09 - WOMENS | 016780633 | 15.99 |
| 53 - LINGERIE | 013669390 | |
| 35 - COATS | | |
| | | |
| | | |
| | | |
| | | |
| 50 - LINGERIE | | |
| | | |
| 50 - LINGERIE | 010511186 | 14.99 A |
| | | 5.99 A |
| 50 - LINGERIE | 019511292 | 14.99 A |
| 19 - ACCESSORIES | 021656377 | 14.99 A |
| 19 - ACCESSORIES | 003092129 | 7.99 T |
| 19 - ACCESSORIES | 003090509 | 7.99 T |
| 19 - ACCESSORIES | 003092129 | 7.99 T |
| 19 - ACCESSORIES | 003090141 | 7.99 T |
| 19 - ACCESSORIES | 003200889 | 9.99 T |
| 19 - ACCESSORIES | 002915283 | 14.99 T |

| | |
|---|---|
| SUBTOTAL | $643.69 |
| NY 8.625% SALES TAX | $4.91 |
| NY 4.625% LOCAL TAX | $27.14 |
| **TOTAL** | $675.74 |
| **CASH** | $700.74 |
| CHANGE | $25.00 |



ITEMS 32
0174
09/29/07  14:29:44    0478 04 0018 6175

# Marshalls

Holiday Park Shopping Center
1304 Hicksville Road
Massapequa, NY  11758
(516) 797-8901

| | | | |
|---|---|---|---|
| 27 - M/W ATH FTWR | 019757270 | 29.99 | A |
| 50 - LINGERIE | 005817520 | 1.99 | A |
| 50 - LINGERIE | 005698989 | 2.49 | A |
| 50 - LINGERIE | 005743979 | 3.99 | A |
| 50 - LINGERIE | 024542403 | 3.00 | A |
| 27 - M/W ATH FTWR | 005887101 | 29.99 | A |
| 19 - ACCESSORIES | 013728094 | 16.99 | T |
| 35 - COATS | 010710942 | 99.99 | A |
| 53 - LINGERIE | 019887887 | 19.99 | A |
| 53 - LINGERIE | 019804361 | 19.99 | A |
| 50 - LINGERIE | 019604497 | 8.99 | A |
| 17 - ACTIVEWEAR | 007810941 | 24.99 | A |
| 17 - ACTIVEWEAR | 006787004 | 16.99 | A |
| 19 - ACCESSORIES | 003200940 | 9.99 | T |
| 17 - ACTIVEWEAR | 007928604 | 19.99 | A |
| 50 - LINGERIE | 003007844 | 9.99 | A |
| 50 - LINGERIE | 003007851 | 9.99 | A |
| 17 - ACTIVEWEAR | 011522218 | 9.99 | A |
| 53 - SEASONAL DEC | 010348048 | 11.99 | T |
| 83 - SEASONAL DEC | 010312106 | 12.99 | T |
| 15 - JUNIORS | 002591884 | 12.99 | A |
| 42 - BOYS | 002850573 | 5.99 | A |
| 25 - MISSY | 008350008 | 24.99 | A |
| 50 - LINGERIE | 005111419 | 2.99 | A |
| 50 - LINGERIE | 005111402 | 7.99 | A |
| 50 - LINGERIE | 004853734 | 7.99 | A |
| 50 - LINGERIE | 019706403 | 9.99 | A |
| 72 - GIRLS | 022442873 | 5.99 | A |
| 55 - HOSIERY | 014265189 | 4.00 | A |
| 53 - LINGERIE | 008564511 | 19.99 | A |
| 50 - LINGERIE | 005830208 | 7.99 | A |
| 20 - MENS | 015762349 | 16.99 | A |
| 53 - LINGERIE | 008568560 | 8.99 | A |
| 53 - LINGERIE | 008568560 | 8.99 | A |
| 53 - LINGERIE | 008568607 | 9.99 | A |
| 53 - LINGERIE | 008568607 | 9.99 | A |
| 50 - LINGERIE | 002776318 | 10.00 | A |
| 50 - LINGERIE | 002776318 | 10.00 | A |
| 19 - ACCESSORIES | 002725008 | 19.99 | A |
| 19 - ACCESSORIES | 002724861 | 19.99 | A |
| 50 - LINGERIE | 005282982 | 7.99 | A |
| 25 - LADIES FTWR | 011638429 | 32.00 | A |
| 26 - MENS | 016921869 | 39.99 | A |
| 22 - MENS | 008980719 | 7.00 | A |
| 22 - MENS | 008896964 | 14.99 | A |
| 22 - MENS | 008729006 | 19.99 | A |
| 21 - MENS | 015515510 | 10.00 | A |
| 22 - MENS | 008669087 | 19.99 | A |
| 21 - MENS | 015600545 | 16.00 | A |
| 24 - MENS | 019464101 | 50.00 | A |

```
20 - MENS        010102040      10100 A
53 - LINGERIE    008568560       6.99 A
53 - LINGERIE    008568560       6.99 A
53 - LINGERIE    008568607       9.99 A
53 - LINGERIE    008568607       9.99 A
50 - LINGERIE    002776318      10.00 A
50 - LINGERIE    002776318      10.00 A
19 - ACCESSORIES 002725008      19.99 A
19 - ACCESSORIES 002724861      19.99 A
50 - LINGERIE    005282982       7.99 A
25 - LADIES FTWR 011638429      32.00 A
26 - MENS        016921959      39.99 A
22 - MENS        008980719       7.00 A
22   MENS        008995964      14.99 A
22 - MENS        008728006      19.59 A
21 - MENS        016515510      19.99 A
22 - MENS        008668067      19.99 A
21 - MENS        015800545      15.00 A
24 - MENS        013464131      59.99 A
22 - MENS        009015221      29.99 A
24 - MENS        013464132      39.99 A
23 - MENS        014988521      29.99 A
22 - MENS        009201884      19.99 A
23 - MENS        015246284      29.99 A
20 - MENS        017023522       9.99 A
20 - MENS        006794035       9.99 A
20 - MENS        005170605       9.99 A
20 - MENS        014198436       9.99 A
20   MENS        020903091       7.50 T
89 - SPECIALTY AC 016363151      7.99 T
29 - MENS FTWR   019742869      29.99 A
27 - M/W ATH FTWR D05831797     39.99 A
89 - SPECIALTY AC 025245725      9.99 T
99 - SPECIALTY AC 025245732      9.99
89 - SPECIALTY AC 025245770      9.99
89 - SPECIALTY AC 025245800      9.99 T
27   M/W ATH FTWR 005903507     29.99 A

SUBTOTAL                      $1151.41
NY 8.625% SALES TAX             $9.26
NY C FOOD LOCAL TAX            $48.29
TOTAL                        $1208.96
CASH                         $1210.00
CHANGE                          $1.04
```



```
--------
  --
----------  -------  --
- -  -----        -  -  -  --  -  -- ----- -
    ------ ------- -- ----- - ---- ---
```

## Marshalls.

**MEADOW BROOK COMMONS
256 E. SUNRISE AVENUE
FREEPORT, NY 11520
(516) 623-3687**

| 20 - MENS | 014425570 | 12.99 A |
| 20 - MENS | 004648039 | 9.99 A |
| 20 - MENS | 017078799 | 5.99 A |
| 22 - MENS | 008896988 | 12.00 A |
| 23 - MENS | 015840387 | 24.99 A |
| 20 - MENS | 014853537 | 10.00 A |
| 20 - MENS | 004869856 | 12.99 A |
| 20 - MENS | 004648176 | 9.99 A |
| 20 - MENS | 017078742 | 9.99 A |
| 20 - MENS | 3000000000 | 9.00 T |

SUBTOTAL ...........

MASTERCARD    $5.99

## Marshalls.

**Melville Mall
834A Walt Whitman Road
Melville, NY 11747
(631) 271-3150**

| 35 - COATS | 007872934 | 129.99 At |
| 35 - COATS | 007872934 | 129.99 At |
| 35 - COATS | 007872934 | 129.99 At |
| 35 - COATS | 007872934 | 129.99 at |
| 35 - COATS | 007872934 | 129.99 A. |
| 35 - COATS | 007872934 | 129.99 |

SUBTOTAL    $799.99

TOTAL
CASH
CHANGE



**EXHIBIT B**

Bettina Koloch
7 Park Lane Place
Massapequa, NY 11758
516-809-5332

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X

In re:
BETTINA KOLOCH                                Chapter 13
                                             Case No.:07-73919

                        Debtor(s)

                                             Hon. Judge Dennis E. Milton
--------------------------------------------------X

RECEIVED/DATE 2001 NOV 28 P 16:
U.S. BANKRUPTCY CLERK
EASTERN DISTRICT OF
NEW YORK

Second notice

to: Mr. Eric S. Sheidlower

The day: 10/04/2007 I filed my Voluntary Petition and
I did sand to your office copy of that Petition, and the
letter to requested for monthy payment scheabule (if any)
exh. (A. Today is Nov. 27 - 2007 and I don't have no information.

Dated: Nov. 27. 2007

                                   Koloch Bettina

                                   Bettina Koloch
                                   7 Park Lane Place
                                   Massapequa, NY 11758

exh. A.

Official Form 1 (04/07)

| ~~United States Bankruptcy Court~~ ~~EASTERN~~ DISTRICT OF NEW YORK | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):  Betina Koloch G | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):  SWIATKOWSKI · G · Betina | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):  9890 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):  7 Park Lane Place  MASSAPEQUA NY          ZIP CODE 11758 | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business:  NASSAU | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*  ☐ Corporation (includes LLC and LLP)  ☐ Partnership  ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business  ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)  ☐ Railroad  ☐ Stockbroker  ☐ Commodity Broker  ☐ Clearing Bank  ☐ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for  ☐ Chapter 9          Recognition of a Foreign  ☐ Chapter 11         Main Proceeding  ☐ Chapter 12      ☐ Chapter 15 Petition for  ☒ Chapter 13         Recognition of a Foreign  Nonmain Proceeding |
|  | **Tax-Exempt Entity** (Check box, if applicable.)  ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.)  ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house- hold purpose."      ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.  ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.  ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:  ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).  Check if:  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  Check all applicable boxes:  ☐ A plan is being filed with this petition.  ☐ Acceptances of the plan were solicited prepetition from one or more classes |

| Statistical/Administrative Information | |
|---|---|
| ☒ Debtor estimates that funds will be available for distr  ☐ Debtor estimates that, after any exempt property is ex expenses paid, there will be no funds available for dis | **UNITED STATES BANKRUPTCY COURT**  Eastern District of New York          RECEIPT  Case # 07-73919 CIDEM    Chapter 13        # 000228717 – AH  Filed: 10/04/07          Central Islip    01:21 PM, October 04, 2007 |

| Estimated Number of Creditors |
|---|
| 1-    50-    100-    200-    1,000-  49    99    199    999    5,000  ☒     ☐      ☐      ☐       ☐ |

| Estimated Assets |
|---|
| ☐ $0 to    ☐ $10,000 to    ☒ $100,000  $10,000      $100,000        $1 millio |

| Estimated Liabilities |
|---|
| ☐ $0 to    ☐ $50,000 to    ☒ $100,000  $50,000      $100,000        $1 milli |

|  Code    Qty    Amount  Judge: Dennis E. Milton          13        1      $274.00 |
|---|

Debtor(s):

Betina G Swiatkowski

*Macec 07 09*
*11/15/07 R 56/*

**TOTAL PAID: $274.00**

From:  Betina G Swiatkowski
7 Park Lane Place
Massapequa, NY 11758
4x1  1x10  3x20  2x100

8

Tina Koloch
Park Lane PL.
Massapequa NY 11754

se# 07-73919 CIDEM    chapter 13.

To Whom is concern.

Please send me information about
monthly payment schedule.    Thanks.

Tina Koloch
data: 10/04/2007.

```
=====================================
           MASSAPEQUA PARK
      MASSAPEQUA PARK, New York
             117623803
           3548330762-0096
11/28/2007 (800)275-8777 12:39:54 PM
=====================================
============ Sales Receipt ==========
Product          Sale Unit    Final
Description       Qty Price    Price
=====================================

REGO PARK NY 11374             $0.58
Zone-1 First-Class
Letter
 1.50 oz.
                            ========
  Issue PVI:                   $0.58

                           =========
Total:                         $0.58

Paid by:
Cash                           $1.00
Change Due:                   -$0.42
```

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000400485453
Clerk:05

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.
**********************************
**********************************
     HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

      YOUR OPINION COUNTS
**********************************
**********************************


            Customer Copy

```
========================================
             MASSAPEQUA PARK
        MASSAPEQUA PARK, New York
               117623803
             3548330762-0097
   12/06/2007 (800)275-8777 12:43:49 PM
========================================
============= Sales Receipt ============
Product           Sale Unit     Final
Description       Qty  Price     Price
=========================================

Photo/Doc     1   $1.49        $1.49
Mlr 6.5x9.5
- RP
Photo/Doc     1   $1.49        $1.49
Mlr 6.5x9.5
- RP
MELVILLE NY 11747              $1.98
Zone-1 First-Class
Parcel
 6.00 oz.
                            ========
  Issue PVI:                   $1.98

CENTRAL ISLIP NY              $1.98
11722 Zone-1
First-Class Parcel
 6.00 oz.
                            ========
  Issue PVI:                   $1.98

                            ==========
Total:                         $6.94

Paid by:
Cash                         $20.00
Change Due:                 -$13.06

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000300430757
Clerk:10

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
************************************
************************************
     HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE
```

2001 DEC -6  P 4: 28

RECEIVED/DB

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

OD :                              NR FAKSU :                    06 GRU. 2007 12:26    STR. 1

I BETINA KOLOCH GIVE MY MOTHER LIDIA SWIATKOWSKA
AUTHORITY TO HIRE LEGAL REPRESENTATION IN ORDER
TO FILE CHAPTER 13

*Kalot Butin*

Betina G Koloch

2001 DEC -6  P 4: 28
RECEIVED/DB

U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK
CLERK

mgr Maria Tokarzewska
NOTARIUSZ
KANCELARIA NOTARIALNA
43-502 CZECHOWICE DZIEDZICE
ul. Narut. wn 21 50
tel. 215 25 46 w. 118, 161/fax 215 06 95
NIP 652 001 06 76

### KANCELARIA NOTARIALNA W CZECHOWICACH-DZIEDZICACH

Dnia szóstego grudnia dwa tysiące siódmego roku (06-12-2007)
p o ś w i a d c z a m, że podpis powyższy złożył własnoręcznie w mojej obecności
Pani BETINA G KOLOCH (PESEL 68100902206) zamieszkała 43-211 Piasek ul. Dworcowa 20,
osobiście mi znana.
Pobrano pod Nr Rep. A     /2007 tytułem taksy notarialnej 20,-zł na podstawie § 13
rozporządzenia Ministra Sprawiedliwości z dnia 28.06.2004r. oraz podatek od towarów i usług
22% od tej kwoty, tj. 4,40-zł na podstawie ustawy z dnia 11.03.2004r. o tym podatku.

Notariusz
mgr Maria TOKARZEWSKA