UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:
**BETTINA KOLOCH**                           Chapter 13
                                             Case No.:07-73919

                      Debtor(s)
                                             Hon. Judge Dennis E. Milton
-------------------------------------------------------------X

**OBJECTION TO ADJOURNMENT DATE OF
JANUARY 22, 2008 FOR 341 MEETING**

Betina Koloch, a party in interest in this chapter 13 case, respectfully submits this as and for her objection (the "Objection") to the date that her meeting 341 that took place on January 3, 2008 has been adjourned to January 22, 2008 (Exhibit A). The objection is based on the hardships associated with the following:

1. As an employee of a foreign based company I make an income that supports the current payments to the bankruptcy court and also supports my day to day life and that of my family. In order to support that income I need to be present at my work and my trips not only cost me thousand of dollars but jeopardize my ability to sustain that income.

2. I am also cancer survivor and have been undergoing series of tests related to my treatments for breast cancer. I am recently after operation and I am awaiting further tests. These tests can not be done here in United States as my insurance would not cover them as I have one that allows me to treat myself abroad. These treatments are very serious for life threatening condition and need to be administered on regular

schedule.

At this time I would like to ask the court to understand my limitations and adjourn further my adjourned 341 meeting till middle of March.

Dated: January 14, 2008

**Bettina Koloch**
7 Park Lane Place
Massapequa, NY 11758

**Michael J. Macco, Esq.**
Chapter 13 Trustee
135 Pinelawn Rd, Suite 120 south
Melville, NY 11747

Exh. A.

```
PBP ORBIS SP.ZO.O O/KATOWICE              DATE 27C
STAROMIEJSKA 21                           BOOKING
KATOWICE
TELEPHONE: 004832 3559952                 KOLOCH/E
FAX      : 004832 3559956
EML:LOT.KATOWICE@PBP.COM.PL
```

| SERVICE | FROM | TO |
|---|---|---|
| SWISS - LX 1343 FRI 28DEC NON STOP | WARSAW PL F.CHOPIN | ZURICH CH ZURICH TERMINAL INTL |

```
                    RESERVATION CONFIRMED- L ECONOMY
                    ON BOARD: SNACK
                    FLIGHT OPERATED BY 2L HELVETIC AIRWA
                    AIRCRAFT OWNER          :2L   HELVETI
                    COCKPIT CREW            :2L HELVETIC
                    CABIN CREW              :2L   HELVETI
                    EQUIPMENT:FOKKER 100
```

| SWISS - LX 14 FRI 28DEC NON STOP | ZURICH CH ZURICH | NEW YORK NY JOHN F KENNEDY TERMINAL 4 |
|---|---|---|

```
                    RESERVATION CONFIRMED- L ECONOMY
                    ON BOARD: MEAL/SNACK
                    AIRCRAFT OWNER          :LX   SWISS
                    COCKPIT CREW            :LX SWISS
                    CABIN CREW              :LX   SWISS
                    EQUIPMENT:AIRBUS INDUSTRIE A330-200
```

```
SWISS - LX 17
SUN 06JAN        NEW YORK NY            ZURICH CH
                 JOHN F KENNEDY         ZURICH
NON STOP         TERMINAL 4

                 RESERVATION CONFIRMED- H ECONOMY
                 ON BOARD: MEAL/BREAKFAST
                 AIRCRAFT OWNER           :LX   SWISS
                 COCKPIT CREW             :LX SWISS
                 CABIN CREW               :LX   SWISS
                 EQUIPMENT:AIRBUS INDUSTRIE A330-200


SWISS - LX 1348
MON 07JAN        ZURICH CH              WARSAW PL
                 ZURICH                 F.CHOPIN
NON STOP                                TERMINAL INTL

                 RESERVATION CONFIRMED- H ECONOMY
                 ON BOARD: SNACK
                 FLIGHT OPERATED BY SWISS EUROPEAN AL
                 AIRCRAFT OWNER           :SWISS EUROP
                 COCKPIT CREW             :    SWISS EU
                 CABIN CREW               :    SWISS E
                 EQUIPMENT:AVRO RJ100 AVROLINER
```