UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:
**BETTINA KOLOCH**

Chapter 13
Case No.:07-73919

Debtor(s)

Hon. Judge Dennis E. Milton
-----------------------------------------------------------------X

### OBJECTION TO ADJOURNMENT DATE OF APRIL 15 2008 FOR 341 MEETING

Betina Koloch, a party in interest in this chapter 13 case, respectfully submits this as and for her objection (the "Objection") to the date that her meeting 341 that took place on March 25, 2008 has been adjourned to April 15 2008 . The objection is based on the hardships associated with the following:

1. As an employee of a foreign based company I make an income that supports the current payments to the bankruptcy court and also supports my day to day life and that of my family. In order to support that income I need to be present at my work and my trips not only cost me thousand of dollars but jeopardize my ability to sustain that incom

At this time I would like to ask the court to understand my limitations and adjourn further my adjourned 341 meeting till middle of March.

Dated: April 09 2008

**Michael J. Macco, Esq.**
Chapter 13 Trustee
135 Pinelawn Rd, Suite 120 South
Melville, NY 11747